Lee Harris
1388 Sutter St., Ste 1000
San Francisco, CA 94109
415-673-5600

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

Scott G. Palmer,

v.

BNSF RAILWAY COMPANY, a Delaware Corporation,

        Defendant

Case No.: CIV S 05-1801 FCD PAN

**PRO HAC VICE APPLICATION AND ORDER**

    I, Don C. Aldrich, attorney for Plaintiff Scott G. Palmer, hereby petitions for admission to practice under the provisions of Rule 180 (b) (2) of the Local Rules of Practice of the United States District Court for the Eastern District, and in support thereof, state, under penalty of perjury that:

    1.    My residence is: 1146 14th Ave SE, Minneapolis, MN 55414

    2.    My business address is: 745 Kasota Ave., Minneapolis, MN 55414

    3.    Business telephone is: 612-333-6371

    4.    I am admitted to practice in the following courts:

        a. State of Minnesota, October 1988 Reg. No. 191851

        b.    United States District Court for the District of MN, Nov. 1988

        c.    United States Court of Appeals for the Seventh Circuit, Nov. 1988

    d. United States Court of Appeals for the Eight Circuit, 1989

    e. United States District Court Eastern District of Missouri, 1991

    f. Trial Bar of the United States District Court Northern District of Illinois, 1992.

    g. United States District Court, Northern District of Indiana, March 2005

5. I am presently in good standing and eligible to practice in said courts.

6. I am not currently suspended or disbarred in any other court.

7. Within the year preceding this application, I have not made a pro hac vice application to this court. However, I am concurrently filing a pro hac vice application in the matter of Anthony H. Hessler v. BNSF Railway Company.

I hereby designate the following member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served: LEE HARRIS.

DATED: September 16, 2005    BY: /s/ Don C. Aldrich

  I hereby consent to my designation as counsel with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be severed.

| DATED: September 16, 2005 | BY: | /s/ Lee Harris |
|---|---|---|
| | Address: | 1388 Sutter St., Ste. 1000 |
| | | San Francisco, CA 94109 |
| | Telephone: | 415-673-5600 |

**ORDER**

**PETITION IS HEREBY**  ( x ) GRANTED    ( ) DENIED

**DATED: September 22, 2005**  /s/ Frank C. Damrell Jr.

            **UNITED STATES DISTRICTJUDGE**