IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT G. PALMER,

      Plaintiff,                      No. CIV S-05-1801 PAN

      vs.

BNSF RAILWAY COMPANY, a
Delaware corporation,

      Defendant.                 <u>ORDER</u>

_____/

        The parties filed a joint status report on February 3, 2006.  Upon consideration of the status report on file in this action and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. The deadline to amend pleadings is December 31, 2006.

        2. The parties shall exchange lists of expert witnesses no later than January 15, 2007.  The parties are reminded of their obligation to supplement these disclosures when required under Fed. R. Civ. P. 26(e)(1).

        3. The deadline to disclose rebuttal experts is February 15, 2007.

        4. Discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by March 15, 2007.

1         5. Dispositive motions shall be noticed to be heard by March 29, 2007.

2         4. The pretrial conference is set for April 19, 2007 at 1:30 p.m. in courtroom # 25. Pretrial statements shall be filed pursuant to Local Rule 16-281.

       5. Jury trial of this matter is set for May 14, 2007[1] at 9:00 a.m. in courtroom #25. The parties shall file trial briefs pursuant to Local Rule 16-285.

       6. This matter is set for settlement conference on September 7, 2006 at 10:00 a.m. before the Honorable DALE A. DROZD.

DATED: July 17, 2006.

UNITED STATES MAGISTRATE JUDGE

/001; palmer.so

---

[1] Counsel stipulated that this matter be set for jury trial on May 14, 2007, so that it may be tried back to back with related case Hessler v. BNSF Railway Company, CIV S-05-1813 GEB KJM. The accidents in the cases are distinct, but both cases will have similar witnesses testify. The cases also involve the same defendant and counsel on both sides will try both cases. (Joint Status Report at 3.)