**BARRY UBALDI MCPHERSON & FLESHER LLP**
Jacob D. Flesher, Esq., SBN: 210565
Jamie A. Pearson, Esq., SBN: 221261
11249 Gold Country Boulevard, Suite 170
Gold River, CA 95670
Telephone: (916) 635-2200
Facsimile: (916) 635-2120

Attorneys for Defendant BNSF RAILWAY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT G. PALMER,<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a<br>Delaware corporation,<br><br>Defendant. | Case No. 2:05-cv-01801-EFB<br><br>**STIPULATION OF DISMISSAL**<br><br><br><br>Date Action Filed: Sept. 7, 2005 |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereto, by and through their respective counsel, hereby stipulate to the dismissal of this action in its entirety, with prejudice, each party to bear its own costs.

An appropriate order is submitted herewith.

///

///

-1-
Stipulation of Dismissal; Case No. 2:05-cv-01801-EFB

| | |
|---|---|
| 1 | WHEREFORE, the parties respectfully request this Court to enter its Order |
| 2 | dismissing this action in its entirety, with prejudice, each party to bear its own costs. |
| 3 | |
| 4 | Date: October 24, 2006            Respectfully submitted, |

_____
Jacob D. Flesher, Esq.
Barry Ubaldi McPherson & Flesher LLP
11249 Gold Country Boulevard, Suite 170
Gold River, California 95670
*Counsel for BNSF Railway Company*

Date: October 30, 2006.

_____
William H. Jungbauer, Esq.
YAEGER, JUNGBAUER & BARCZAK, PLC
745 Kasota Avenue
Minneapolis, MN 55414
*Counsel for Scott G. Palmer*

Barry Ubaldi
McPherson &
Flesher LLP

-2-
Stipulation of Dismissal; Case No. 2:05-cv-01801-EFB

10/24/2006 16:00 9166352120 PAGE 05/05
Case 2:05-cv-01801-EFB   Document 27   Filed 10/30/2006   Page 3 of 3
Case 2:05-cv-01801-EFB   Document 28   Filed 11/07/06   Page 3 of 3

1  BARRY UBALDI MCPHERSON & FLESHER LLP
   Jacob D. Flesher, Esq., SBN: 210565
2  Jamie A. Pearson, Esq., SBN: 221261
   11249 Gold Country Boulevard, Suite 170
3  Gold River, CA 95670
   Telephone: (916) 635-2200
4  Facsimile: (916) 635-2120

6  Attorneys for Defendant BNSF RAILWAY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT G. PALMER,<br><br>            Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a<br>Delaware corporation,<br><br>            Defendant.<br>_____/ | Case No. 2:05-cv-01801-EFB<br><br>**ORDER OF DISMISSAL**<br><br><br><br><br><br>Date Action Filed: Sept. 7, 2005 |

This matter having come before the Court upon the parties' Stipulation of Dismissal, it is hereby ORDERED that pursuant to Rule 41 of the Federal Rules of Civil Procedure, this action in its entirety is hereby DISMISSED **WITH PREJUDICE**, each party to bear its own costs.

Done this 6th day of November, 2006.

BY THE COURT:

_____
Edmund F. Brennan
U.S. Magistrate Judge

Order of Dismissal; Case No. 2:05-cv-01801-EFB

Barry Ubaldi
McPherson &
Flesher LLP